211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **25−47642−mlo**

In Re: (NAME OF DEBTOR(S))

  Virginia Park 1, LLC

_____/

## NOTICE OF ORDER ESTABLISHING DEADLINES AND PROCEDURES

NOTICE IS HEREBY GIVEN that on **08/14/25** an Order Establishing Deadlines and Procedures was entered in the above entitled case. Therefore, the following deadlines and hearing dates are in effect:

1. Deadline to file claims is **12/2/25** except for governmental units the deadline to file claims is 180 days from the date the petition was filed.

2. Deadline for debtor to file motions is **09/29/25** . This is also the deadline to file all unfiled overdue tax returns.

3. Deadline for parties to request the debtor to include information in the disclosure statement is **10/28/25** .

4. Deadline for debtor to file combined plan and disclosure statement is **12/01/25** .

5. Deadline to return ballots on plan, file objections to final approval of disclosure statement and objections to confirmation of plan is **01/05/26** . Ballot form should be returned to debtor's attorney.

6. Hearing on objections to disclosure statement and confirmation of plan is set for **01/15/26 at 11:00 AM AM in Courtroom 1875, 211 W. Fort Street, Detroit, MI** .

7. Deadline for all professionals to file final fee applications is .

8. Deadline to file objections to the Order Establishing Deadlines and Procedures is **09/04/25** .

9. Deadline for taxing authorities to file a motion to allow an administrative expense is .

10. Deadline to file a motion to extend the deadline to file a plan is **10/28/25** .

11. Deadline to file a motion to extend the time to file a motion to assume or reject a lease under 11 U.S.C.§ 365(d) is **11/07/25** .

Counsel for the debtor and parties may obtain a copy of the "Requirements for a Combined Plan and Disclosure Statement" from the Court's website at www.mieb.uscourts.gov.

Dated: 8/14/25

                                          Todd M. Stickle , Clerk of Court
                                          UNITED STATES BANKRUPTCY COURT