**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| Virginia Park 1, LLC, *et al.*[1] <br><br> Debtors. | Bankruptcy Case No. 25-47642 <br> Chapter 11 <br> Hon. Maria L. Oxholm |

**ORDER EXTENDING DEADLINE FOR THE DETROIT LAND BANK
AUTHORITY AND THE CITY OF DETROIT TO REQUEST THAT
DEBTORS INCLUDE INFORMATION IN THE
DISCLOSURE STATEMENT**

This matter having come before the Court upon Stipulation of the Virginia

Park 1, LLC, Virginia Park 2, LLC, and Herman Kiefer Development, LLC

("collectively, the "Debtors") and the Detroit Land Bank Authority and the City of

Detroit (collectively, the "Detroit Parties"), the Court having reviewed the

Stipulation and the *Orders Establishing Deadlines and Procedures* entered in

*Virginia Park 1, LLC*, No. 25-47642, at ECF No. 68, *Virginia Park 2, LLC*, No. 25-

47645, at ECF No. 16, and *Herman Kiefer Development, LLC*, No. 25-47647, at

ECF No. 16, each of which provide for a deadline of October 28, 2025 for parties to

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their
respective tax identification numbers, are as follows: Virginia Park 1, LLC (0280);
Virginia Park 2, LLC (2898); Herman Kiefer Development, LLC (7049). The
address of the Debtors' corporate headquarters is 165 East Broadway, 3rd Floor,
New York, NY 10002.

request Debtors to include any information in the disclosure statement (collectively, the "Orders");  finding that an Order for Mediation was entered by this Court on October 27, 2025; and finding good cause for the relief provided herein; and the Court being otherwise fully advised on the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.     The deadline in the Orders for the Detroit Parties to request that Debtors include any information in the disclosure statement is extended from October 28, 2025 to December 1, 2025.

2.     This Court retains jurisdiction to enforce and interpret this Order.

**Signed on October 28, 2025**



/s/ **Maria L. Oxholm**

**Maria L. Oxholm**
**United States Bankruptcy Judge**