## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Virginia Park 1, LLC, et al.[1]

           Debtors.

Bankruptcy Case No. 25-47642
Chapter 11
Hon. Maria L. Oxholm

## ORDER GRANTING DEBTORS' MOTION TO EXTEND DEADLINE TO FILE A COMBINED PLAN AND DISCLOSURE STATEMENT

This matter having come before this Court upon the Debtors' Motion to Extend Deadline to File a Combined Plan and Disclosure Statement and for Extension of Exclusivity Period [ECF No. 104] (the "Motion"); the Motion having been timely filed under paragraph 1.i. of the Order Establishing Deadlines and Procedures [ECF No. 68] ("Scheduling Order"); the City of Detroit ("City") and Detroit Land Bank Authority ("DLBA") having raised informal objections to a portion of the relief requested in the Motion, which informal objections have been resolved by the terms of this Order; no other informal objections having been raised and no timely objections having been filed; the Court having read the Motion and

---

[1]     The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: Virginia Park 1, LLC (0280); Virginia Park 2, LLC (2898); Herman Kiefer Development, LLC (7049). The address of the Debtors' corporate headquarters is 165 East Broadway, 3rd Floor, New York, NY 10002.

the Scheduling Order; and the Court finding cause for the entry of this Order and being otherwise fully advised in the premises;

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Debtors' Motion to Extend Deadline to File a Combined Plan and Disclosure Statement and for Extension of Solicitation Period is GRANTED only to the extent set forth in this Order; and

IT IS FURTHER ORDERED that the deadline for the Debtors to file a combined plan and disclosure statement in paragraph 1.d. of the Scheduling Order is extended to February 27, 2026; and

IT IS FURTHER ORDERED that the dates set forth in paragraphs 1.e. and 1.f. of the Scheduling Order shall be extended to dates to be set by the Court at or promptly after the time of the filing of a combined plan and disclosure statement but such dates shall be set no sooner than 60 days after the dates originally set forth in paragraphs 1.e. and 1.f of the Scheduling Order; and

IT IS FURTHER ORDERED that the deadline in paragraph 1.c. of the Scheduling Order that was previously extended to December 1, 2025, pursuant to the order at ECF No. 103, is further extended to the date that is 30 days after the filing of a combined plan and disclosure statement but shall be no sooner than January 31, 2026; and

IT IS FURTHER ORDERED that nothing in this Order shall extend or increase any exclusivity period for filing a plan or obtaining acceptances of a plan under Sections 1121(b) or 1121(d) of the Bankruptcy Code or otherwise; and

IT IS FURTHER ORDERED that the extensions granted herein are without prejudice to any further requests that may be made by the Debtors and any further objections thereto that may be made by the City, DLBA, or any other party in interest; and

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce and interpret this Order.

**Signed on November 26, 2025**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**