**IN THE MATTER OF:**

| | |
|---|---|
| VIRGINIA PARK 1, LLC, *et al[1]* | Case No. 25-47642-mlo |
| | Honorable MARIA L. OXHOLM |
| Debtors In Possession. | Chapter 11 |

_____/

## WAYNE COUNTY TREASURER'S CONCURRENCE WITH THE CITY OF DETROIT AND THE DETROIT LAND BANK AUTHORITY'S MOTION TO DISMISS BANKRUPTCY CASES

**NOW COMES** the Wayne County Treasurer ("Treasurer") and Detroit Water and Sewerage Department ("DWSD") by and through counsel, SHERMETA, KILPATRICK & ASSOCIATES, PLLC, who files this Concurrence with the City of Detroit and the Detroit Land Bank Authority's Motion to Dismiss Case under *11 U.S.C. § 1112(b)* and in support thereof states as follows:

1. On or about June 10th, 2025, Debtors Virginia Park 1, LLC ("VP1"), Virginia Park 2 ("VP2"), and Herman Kiefer Development, LLC ("HKD," collectively with VP1 &VP2, the "Debtors") filed Voluntary Petitions for Relief under Chapter 11 of Title 11 of the United States Bankruptcy Code ("Petition Date").

2. Taxes are due to the Treasurer on Real Properties in the amount of Four Hundred Forty Thousand, Two Hundred Thirty-Six and 41/100 Dollars ($440,236.40)

---

[1] The Debtors in these jointly administered proceedings are: Virginia Park 1, LLC (Case No. 25-47642), Virginia Park 2, LLC (Case No. 25-47645), and Herman Kiefer Development, LLC (Case No. 25-47647)

for the tax years of 2023 and 2024. Water bills are due to DWSD on the Properties in the amount of Eight Hundred Twenty-Seven Thousand, Five Hundred Forty-Two and 32/100 Dollars ($827,542.32). The total amount owed by Debtors in taxes and water bills is One million, Two Hundred Sixty-Seven Thousand, Seven Hundred Seventy-Eight and 73/100 Dollars ($1,267,778.73).

3.      Since the proceedings have commenced, the Debtors have had substantial diminution of the estate with little likelihood of rehabilitation. Of the three Debtors, only HKD has income of any significance, originating from the lease of a parking lot and a cellular tower on its property. VP1 and VP2 have no income outside of internal transfers of funds either from the other Debtors, or from their ownership. As the proceedings have gone on, Debtors have accrued taxes and likely have also accrued attorney's fees and other expenses since the petition date. Due to the above factors, it is unlikely that Debtors will be able to rehabilitate the estate.

4.      The plan filed by Debtors is insubstantial, stating that Debtors will raise the exact amount of funds needed to pay their debts with no further elaboration on how they intend to do so, or from whom they intend to get the funds. The Debtors did not file a confirmable plan by the Court's deadline due to this lack of detail and specificity. As such, there is grounds for dismissal under *11 U.S.C. § 1112(b)(4)(E)* and *11 U.S.C. § 1112(b)(4)(J)*.

5.      From the petition date onward, Debtors have taken several actions that appear to be in bad faith. Debtors began the proceedings by filing in the Southern District of New York instead of in Michigan where the properties are. Debtors then

filed their plan under chapter 11 at the last possible moment; said plan being sparse in detail and light on future actions. Finally, Debtors plan is for the sale of their property, their only assets, which is liquidation, not rehabilitation or reorganization; and therefore is in bad faith.

6.      For these reasons, the Treasurer and DWSD concur with the relief sought in the City of Detroit and the Detroit Land Bank Authority's Motion.

**WHEREFORE**, Wayne County Treasurer and DWSD, respectfully requests this Honorable Court grant The City of Detroit and the Detroit Land Bank Authority's Motion to Dismiss Bankruptcy Cases, and grant such other relief as this Court deems both just and appropriate.

*Respectfully Submitted,*

**SHERMETA, KILPATRICK & ASSOCIATES, PLLC**
Attorneys for the Wayne County Treasurer

By:    /s/ *RICHARDO I. KILPATRICK*
                RICHARDO I. KILPATRICK (P35275)
                615 Griswold, Suite 1305
                Detroit, MI 48226
                (248) 377-0700
                ecf@kaalaw.com

Dated: June 10, 2026

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

VIRGINIA PARK 1, LLC, *et al*[2]

    Debtors In Possession.

Case No. 25-47642-mlo
Honorable MARIA L. OXHOLM
Chapter 11

_____/

**CERTIFICATE OF SERVICE OF WAYNE COUNTY TREASURER'S CONCURRENCE WITH THE CITY OF DETROIT AND THE DETROIT LAND BANK AUTHORITY'S MOTION TO DISMISS BANKRUPTCY CASES**

    **ANDREW GIBSON** certifies that on the 10th day of April, 2026, he served a copy of the WAYNE COUNTY TREASURER'S CONCURRENCE WITH THE CITY OF DETROIT AND THE DETROIT LAND BANK AUTHORITY'S MOTION TO DISMISS BANKRUPTCY CASES and this CERTIFICATE OF SERVICE upon the parties who are entitled to notice via the ECF system which will send notification of such filing to those parties.

Andrew K. Glenn            aglenn@glennagre.com

Office of the U.S. Trustee         Via ECF email

And by depositing same in a United States postal receptacle, with first class postage affixed thereto, addressed to:

Virginia Park 1, LLC
165 East Broadway
New York, NY 10002

                       */S/Andrew Gibson*
                       **ANDREW GIBSON**, an employee of
                       SHERMETA, KILPATRICK & ASSOCIATES, PLLC
                       615 Griswold, Ste. 1305
                       Detroit, MI 48226-3985
                       (313) 963-2581
                       ecf@kaalaw.com

---

[2] The Debtors in these jointly administered proceedings are: Virginia Park 1, LLC (Case No. 25-47642), Virginia Park 2, LLC (Case No. 25-47645), and Herman Kiefer Development, LLC (Case No. 25-47647)